**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 97-31312**
**Summary Calendar**

**GARY L. GALLOWAY,**

**Plaintiff-Appellant,**

**VERSUS**

**BELLSOUTH TELECOMMUNICATIONS, INC.,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Western District of Louisiana
(96-CV-935)

July 2, 1998

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself. For the reasons stated by the district court in its Memorandum rulings filed under dates of November 22, 1996, and November 14, 1997, we are persuaded that the

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Final Judgment entered in this case under date of December 16, 1997, should be, and the same is hereby, AFFIRMED.